**Order entered February 22, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01270-CV

**CLAUDIA MARIE SKINNER, Appellant**

**V.**

**EDDIE CLEMMONS, Appellee**

**On Appeal from the County Court at Law No 1**
**Williamson County, Texas**
**Trial Court Cause No. 12-1017-FC4**

## ORDER

By order dated January 17, 2019, the Court ordered appellant to provide, by January 31, written verification that she had paid or made arrangements to pay the court reporter's fee and cautioned her that failure to comply may result in the Court ordering the appeal submitted without the reporter's record. As of today's date, appellant has not complied. Accordingly, we **ORDER** the appeal be submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

Appellant shall file her brief on the merits by **March 25, 2019**.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE